Jason P. Gonzalez (SBN 178768)
Neal J. Gauger (SBN 293161)
jgonzalez@nixonpeabody.com
ngauger@nixonpeabody.com
**NIXON PEABODY LLP**
One California Plaza
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: 213.629.6000
Facsimile: 213.629.6001

Attorneys for Plaintiffs
ACLU OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACLU OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, a component of the Department of Homeland Security,<br><br>Defendant. | CASE NO.   19-7774<br><br>**PLAINTIFF ACLU OF SOUTHERN CALIFORNIA'S NOTICE OF RELATED CASE**<br><br>Local Rule 83-1.3<br><br>Complaint Filed: September 9, 2019<br>Trial Date: None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3, Plaintiff ACLU of Southern California ("ACLU SoCal" or "Plaintiff") represents that *ACLU of Southern California v. United States Department of Homeland Security, et. al*, CDCA Case No. 2:19-cv-

00983 (the "Prior ACLU Action"), is related to this proceeding.

The Prior ACLU action was filed on February 8, 2019, and was dismissed without prejudice at the request of Plaintiff following a failure to timely serve defendants under Federal Rule of Civil Procedure 4(m).

The Prior ACLU Action and this proceeding involve the same parties and the same cause of action: a complaint for declaratory and injunctive relief for violation of the Freedom of Information Act, 5 U.S.C. § 552.

The alleged facts and claims in the Prior ACLU Action and this proceeding arise from the same or closely related happenings, transactions, or events; call for determination of the same or substantially related or similar questions of law and fact; and would entail substantial duplication of effort if heard by different judges.

Dated: September 9, 2019

JASON P. GONZALEZ
NEAL J. GAUGER

*/s/ Jason P. Gonzalez*

Attorneys for Plaintiff
ACLU OF SOUTHERN CALIFORNIA